IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERICA CHRISWELL, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:24-CV-5766-WMR |
| BMB MATRIX LLC, | : |
| Defendant. | : |

## **O R D E R**

Plaintiff Erica Chriswell, proceeding *pro se*, seeks leave to file this civil action *in forma pauperis* without prepayment of fees and costs or security therefor pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [1] indicates that Plaintiff is unable to pay the filing fee or incur the costs of this action. The requirements of 28 U.S.C. § 1915(a)(1) are thus satisfied, and Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [1] is **GRANTED**. Plaintiff is allowed to proceed without prepayment of a filing fee.

Under Rule 4(c)(2) of the Federal Rules of Civil Procedure, service of a complaint made *in forma pauperis* is effected by the United States Marshal's Service. The Clerk is **DIRECTED** to refrain from forwarding the Complaint to the United States Marshal's Service for service until the District Judge orders otherwise.

Pursuant to 28 U.S.C. § 1915(e)(2), a federal court is required to dismiss an *in forma pauperis* complaint at any time if the court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious, (2) fails to state a claim on which relief may be granted, or (3) seeks monetary relief against a defendant who is immune from such relief. A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Accordingly, the Clerk is **DIRECTED** to submit this matter to the District Court for a frivolity determination under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** this 18th day of December, 2024.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE